## THIRD DEPARTMENT, JULY, 1920.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADAM BILLICK,
Appellant.

*Crimes — trial — error to refuse to charge that good character may create reason-
able doubt — error to refuse to charge that People had right to show bad
character after good character shown.*

Appeal from a judgment of conviction, rendered by the County Court of
Rensselaer county on the 11th day of December, 1916.

PER CURIAM: We think the trial court committed error in refusing to
charge the jury, at the request of the defendant, that evidence of good char-
acter may, of itself, create a reasonable doubt when without it none would
exist; in refusing to charge the jury might in the exercise of sound judgment
give the defendant the benefit of good character no matter how conclusive
the other testimony might appear to be; in refusing to charge the jury that
the district attorney had the right to produce witnesses to show the bad
character of the defendant after witnesses to his good character had given
their testimony; that the errors so committed were prejudicial and require a
reversal.    All concur.    Judgment of conviction reversed and a new trial
granted.